IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLARA ANN VAN NORMAN, )<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　) <br>v. 　　　　　　　　　　　　　　　　) 　CIVIL ACTION NO. 12-00362-KD-B<br>　　　　　　　　　　　　　　　　　)<br>AMY VERNOR, 　　　　　　　　　)<br>　　Defendant. 　　　　　　　　　) | |

**JUDGMENT**

In accordance with the jury's verdict (Doc. 74-1) entered in the above-styled action, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the Defendant, Amy Vernor, and against the Plaintiff, Clara Ann Van Norman.

**DONE** and **ORDERED** this the **22nd** day of **July 2013**.

　　　　　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**