IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CLARA ANN VAN NORMAN,** | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 12-00362-KD-B |
| | ) |
| **AMY VERNOR,** | ) |
| Defendant. | ) |

**JUDGMENT**

In accordance with the jury's verdict (Doc. 74-1) entered in the above-styled action, it is

**ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of the Defendant, Amy Vernor, and against the Plaintiff, Clara Ann Van Norman.

**DONE** and **ORDERED** this the **22nd** day of **July 2013**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**